Martin A. Muckleroy
**MUCKLEROY LUNT, LLC**
6077 S. Fort Apache Rd., Ste 140
Las Vegas, NV 89148
Phone (702) 907-0097
Fax (702) 938-4065
martin@muckleroylunt.com

Brian D. Clark (*pro hac vice* forthcoming)
Rebecca A. Peterson (*pro hac vice* forthcoming)
Stephen J. Teti (*pro hac vice* forthcoming)
Arielle S. Wagner (*pro hac vice* forthcoming)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900
Fax: (612) 339-0981
bdclark@locklaw.com
rapeterson@locklaw.com
sjteti@locklaw.com
aswagner@locklaw.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THESE PAWS WERE MADE FOR WALKIN' LLC, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PERMIAN RESOURCES CORP. f/k/a CENTENNIAL RESOURCE DEVELOPMENT, INC.; CHESAPEAKE ENERGY CORPORATION; CONTINENTAL RESOURCES INC.; DIAMONDBACK ENERGY, INC.; EOG RESOURCES, INC.; HESS CORPORATION; OCCIDENTAL PETROLEUM CORPORATION; and PIONEER NATURAL RESOURCES COMPANY, <br><br> Defendants. | Case No. 2:24-cv-00164-GMN-NJK <br><br> **PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES** |

**PLEASE TAKE NOTICE** that the undersigned counsel of record for Plaintiff and the Proposed Classes certifies that the following have an interest in the outcome of this case:

1. Plaintiff These Paws Were Made For Walkin' LLC;

2. Putative Nationwide Injunctive Relief Class (Compl. ¶ 155);

3. Putative State Law Class (Compl. ¶ 156);

4. Defendant Permian Resources Corporation, known as Centennial Resource Development, Inc. during the relevant period, a Delaware Corporation;

5. Defendant Chesapeake Energy Corporation, an Oklahoma Corporation;

6. Defendant Continental Resources §Inc., an Oklahoma Corporation;

7. Defendant Diamondback Energy, Inc., a Delaware Corporation;

8. Defendant EOG Resources, Inc., a Delaware Corporation;

9. Defendant Hess Corporation, a Delaware Corporation;

10. Defendant Occidental Petroleum Corporation, a Delaware Corporation; and

11. Defendant Pioneer Natural Resources Company, a Delaware Corporation.

DATED:   January 30, 2024            By : /s/ *Martin A. Muckleroy*
Martin A. Muckleroy
**MUCKLEROY LUNT, LLC**
6077 S. Fort Apache Rd., Ste 140
Las Vegas, NV 89148
Phone (702) 907-0097
Fax (702) 938-4065
martin@muckleroylunt.com

*Proposed Counsel for Plaintiff and the Proposed Classes*

Brian D. Clark (*pro hac vice* forthcoming)
Rebecca A. Peterson (*pro hac vice* forthcoming)
Stephen J. Teti (*pro hac vice* forthcoming)
Arielle S. Wagner (*pro hac vice* forthcoming)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Phone: (612) 339-6900
Fax: (612) 339-0981
bdclark@locklaw.com
rapeterson@locklaw.com
sjteti@locklaw.com
aswagner@locklaw.com

*Proposed Interim Lead Counsel for Plaintiff and the Proposed Classes*